IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| ANTIONE DIRAY JOHNSON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. CIV-14-1199-R |
| OKLAHOMA ATTORNEY GENERAL, | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Gary M. Purcell. Doc. No. 12. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 29th day of December, 2014.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE